IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SV RELIABLE TRANSPORT, LLC,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | MO:20-CV-195-DC |
| § | | |
| **KINSALE INSURANCE CO.,** § | | |
| *Defendant.* § | | |

## ORDER DISMISSING CASE

On March 27, 2021, the Court dismissed the claims asserted by Plaintiff SV Reliable Transport, LLC (Plaintiff), after concluding Plaintiff's complaint failed to establish the Court's subject-matter jurisdiction to hear the dispute between the parties. he failed to state claims upon which relief can be granted. (Doc. 6). However, the Court concluded the subject-matter jurisdiction issue was not necessarily incurable and granted Plaintiff leave to file an amended complaint within seven days of the entry of the order granting the motion to dismiss. (*See* Doc. 6 at 8). The order was signed on March 27, 2021, and served upon the parties through the CM/ECF system on March 29, 2021. More than seven days have elapsed since the entry of the order, and Plaintiff has failed to file an amended complaint or request an extension of time to do so.

Accordingly, the Court **ORDERS** that Plaintiff's claims be **DISMISSED**.

The Court further **ORDERS** that the Clerk of Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 7th day of April, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE